BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
BRIAN W. ENOS
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-00016-AWI |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS BENAVIDEZ TEJEDA, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Carlos Benavidez Tejeda, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.   Pursuant to 18 U.S.C. § 2323(b), incorporating 18 U.S.C. § 2318(d), defendant Carlos Benavidez Tejeda's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a.   Approximately 1060 DVDs and CDs seized from the minivan of Carlos Benavidez Tejeda on November 16, 2010, and

   b.   Approximately 700 CDs seized from Carlos Benavidez Tejeda's rented storage unit at Superior Self Storage, Unit 8120, 1300 El

Camino Avenue, Sacramento, California on December 13, 2010.

2.   The above-listed assets constitute property used or intended to be used to commit or facilitate the commission of a violation of 18 U.S.C. § 506(a)(1)(B).

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in their secure custody and control.

4.   a.   Pursuant to 28 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

///
///

Preliminary Order of Forfeiture

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:  July 15, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture