FILED
OCT 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CARLOS BENAVIDEZ TEJEDA ) <br> ) <br> Defendant. ) | No CR-11-16-AWI <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on October 3, 2011 to 10 months (Time Served)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.

. A certified Judgment and Commitment order to follow.


DATED: __10-5-11__

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1